UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN ROE,

                Plaintiff,

      -against-

JOHN P. PALASCH, *et al.*,

                Defendants.

21-CV-525 (LLS)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

LOUIS L. STANTON, United States District Judge:

    Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed application to proceed *in forma pauperis* (IFP). See 28 U.S.C. §§ 1914, 1915.

    Plaintiff submitted a motion for leave to proceed IFP, but his responses do not establish that he is unable to pay the filing fees. Plaintiff asserts generally that he is unable to pay the fee and "still be able to provide for" himself and his dependents, but he fails to list his assets, sources of income, and living expenses, and he does not explain how he pays those expenses. The Court is thus unable to conclude that he does not have sufficient funds to pay the relevant fees for this action.

    Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $402.00 in fees or submit an amended IFP application. If Plaintiff submits the amended IFP application, it should be labeled with docket number 21-CV-525 (LLS), and address the deficiencies described above by providing facts to establish that he is unable to pay the filing fees. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office.[1] If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:   January 28, 2021
         New York, New York

                                        _____
                                            Louis L. Stanton
                                                U.S.D.J.

---

[1] Plaintiff has moved to proceed anonymously in this matter, ECF 1, as he has done in a number of other cases. The Court has temporarily restricted access to the docket of this case. Once Plaintiff complies with this order by submitting an adequate IFP application, the Court will evaluate the merits of his motion to proceed under a pseudonym.